**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                  16 CR. 500 (RMB)

   -against-

                                                  **ORDER**

BRITNEY WORTHY,
                Defendant.
------------------------------------------------------------X

       The Court will hold a telephone status conference on Wednesday, July 15, 2020 at 11:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 5009

Dated: June 18, 2020
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                     U.S.D.J.