**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

BRITNEY WORTHY,
                Defendant.
------------------------------------------------------------X

15 CR. 600 (RMB)

**ORDER**

      Based upon the SDNY policy dated March 5, 2018 favoring early termination where warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because of Ms. Worthy's dedicated compliance with supervised release, including, but not limited to, her successful completion of supervision and her steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective July 7, 2021 is warranted. The Court finds that Ms. Worthy has conducted herself in an exemplary and law abiding fashion and exceeded the requirements (conditions) of her supervision. See transcript of proceedings held on July 7, 2021 for a complete record.

Dated: July 7, 2021
       New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                        U.S.D.J.

# Certificate of Early Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Britney Worthy's supervised release, and her hard work and dedication, and achievements, the Court hereby terminates Ms. Worthy's further supervised release obligations in accordance with 18 U.S.C. § 3583(e)(1).
Congratulations for a job well done.

*Richard M. Berman*
_____

July 7, 2021

Richard M. Berman
U.S. District Judge